UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>HCA HEALTHCARE, INC., et al.,<br><br>                    Defendants. | Case No.17-cv-00134-VKD<br>*SEALED*<br><br>**ORDER TO UNSEAL AND SERVE<br>COMPLAINTS** |

The United States and the State of California have declined to intervene in this action pursuant to the False Claims Act, 31 § U.S.C. 3703(b)(4)(B), and the California False Claims Act, Cal. Gov't Code § 12651 et seq. Dkt. Nos. 27, 28. Accordingly, the Court orders that the complaints (Dkt. Nos. 1, 3, 26) be unsealed. The relator shall serve the complaints upon defendants pursuant to Federal Rule of Civil Procedure 4. Defendants shall have 20 days to respond after the relator effects service.

All other contents of this Court's file in this action remain under seal and shall not be made public or served upon the defendants unless and until the Court orders otherwise, except for this order, the United States' Notice of Election to Decline Intervention (Dkt. No. 27), and the State of California's Notice of Election to Decline Intervention (Dkt. No. 28), which the relator will serve upon the defendants only after the service of the complaints. The seal shall be lifted as to all other matters filed or occurring in this action after the date of this order, except as provided in Civil Local Rule 79-5.

The relator shall provide copies of all pleadings filed in the action and copies of all deposition transcripts to the United States and the State of California at those parties' expense pursuant to 31 U.S.C. § 3730(c)(3) and Cal. Gov't Code § 12652(f)(1). The relator shall also

provide copies of all Court orders and notices of appeal on the United States and the State of California.

**IT IS SO ORDERED.**

Dated: February 13, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge