UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>Plaintiffs,<br>v.<br>HCA HEALTHCARE, INC., et al.,<br>Defendants. | Case No.17-cv-00134-VKD<br><br>**ORDER EXTENDING STAY** |

The Court stayed this matter on February 22, 2019 to allow plaintiff-relator Zuri Lazard 30 days to identify new counsel. Dkt. No. 34. On March 25, 2019, the Court extended the stay for 30 days. Dkt. No. 38. On April 18, 2019, Ms. Lazard filed a status report representing that she had identified potential new counsel and requesting that the stay be extended for another 30 days for the potential new counsel to make his final decision regarding representation. Good cause having been shown, the Court grants Ms. Lazard's request to extend the stay.

Ms. Lazard shall file a status report on or before **May 24, 2019** advising the Court of the status of her efforts to secure new counsel. If she is unable to find substitute counsel, the Court will be required to dismiss this action without prejudice to the United States and the State of California. *Stoner v. Santa Clara Cty. Office of Educ.*, 502 F.3d 1116, 1125–28 (9th Cir. 2007).

**IT IS SO ORDERED.**

Dated: April 22, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge