
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., Plaintiffs, v. HCA HEALTHCARE, INC., et al., Defendants. | Case No. 17-cv-00134-VKD **ORDER RE CONSENTS TO VOLUNTARY DISMISSAL** |

On May 28, 2019, plaintiff-relator Zuri Lazard filed a request for voluntary dismissal without prejudice. Dkt. No. 41. Ms. Lazard stated that the United States and the State of California indicated that they did not object to dismissal without prejudice. *Id.* at 1. However, the United States and State of California must give written consent to the dismissal and their reasons for consenting before this action may be dismissed. 31 U.S.C. § 3730(b)(1); *U.S. ex rel. McGough v. Covington Techs. Co.*, 967 F.2d 1391, 1396–97 (9th Cir. 1992).

Accordingly, if they consent to the dismissal, the United States and State of California shall submit written consents to Ms. Lazard's voluntary dismissal pursuant to 31 U.S.C. § 3730(b)(1) by **June 7, 2019**.

**IT IS SO ORDERED.**

Dated: May 29, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge