UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>HCA HEALTHCARE, INC., et al.,<br><br>                Defendants. | Case No.17-cv-00134-VKD<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On May 23, 2019, plaintiff-relator Zuri Lazard filed a request for voluntary dismissal. Dkt. No. 41. The United States and the State of California filed their written consents to dismissal pursuant to 31 U.S.C. § 3730(b)(1). Dkt. Nos. 43, 44.

Accordingly, the Court hereby DISMISSES this action without prejudice. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 18, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge